RUTH GITTLEMAN AND MEYER GITTLEMAN, PLAINTIFFS-APPELLANTS, v. CENTRAL JERSEY BANK & TRUST COMPANY, AS SURVIVING EXECUTOR OF THE ESTATE OF MORTON F. TRIPPE, DECEASED, DEFENDANT-RESPONDENT.

Argued October 7, 1968—Decided October 9, 1968.

*Mr. William J. Gearty* argued the cause for appellants.

*Mr. James D. Carton, III* argued the cause for respondent (*Messrs. Carton, Nary, Witt & Arvanitis,* attorneys).

PER CURIAM. The judgment is reversed for the reasons expressed in the dissenting opinion of Judge Sullivan in the Appellate Division, 103 *N. J. Super.* 175.

*For reversal* — Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, HALL, SCHETTINO and HANEMAN—6.

*For affirmance*—None.